October 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DENNIS ZAPOROZHETS AND DVZ & ASSOCIATES, INC., Appellants

NO. 14-14-00143-CV                                    V.

COURT APPOINTED RECEIVER IN CAUSE NO. 12-DCV-199496, Appellee

_____

       This cause, an appeal from an order denying Dennis Zaporozhets' and DVZ & Associates, Inc.'s motion to compel arbitration of claims brought by appellee, Court Appointed Receiver in Cause No. 12-DCV-199496, signed December 16, 2014, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the trial court's order **REVERSED** and **REMAND** the cause for proceedings consistent with this court's opinion.

       We further order this decision certified below for observance.